UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR09-341-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JEFFREY CLINTON BLACK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:   Conspiracy to Manufacture Methamphetamine; Manufacture of Methamphetamine; Possession of a Listed Chemical

Date of Detention Hearing:   October 9, 2009

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        (1)     Defendant is charged by Indictment with the above-listed drug offenses.

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                              Rev. 1/91
PAGE 1

01    (2)    Defendant was not interviewed by Pretrial Services.  There is no information

02 available regarding defendant's personal history, residence, family ties, ties to this district,

03 income, financial assets, liabilities, physical/mental health or controlled substance use if any.  His

04 criminal history includes a number of drug convictions. Defendant was on Pretrial release for

05 state charges when arrested in this case.  Defendant does not contest detention in this matter.

06    (3)    Defendant poses a risk of nonappearance due to unknown background

07 information.  He poses a risk of danger based on criminal history and the nature of the offense.

08    (4)    There does not appear to be any condition or combination of conditions that will

09 reasonably assure the defendant's appearance at future Court hearings while addressing the

10 danger to other persons or the community.

11 It is therefore ORDERED:

12    (1)    Defendant shall be detained pending trial and committed to the custody of the

13        Attorney General for confinement in a correction facility separate, to the extent

14        practicable, from persons awaiting or serving sentences or being held in custody

15        pending appeal;

16    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

17        counsel;

18    (3)    On order of a court of the United States or on request of an attorney for the

19        Government, the person in charge of the corrections facility in which defendant

20        is confined shall deliver the defendant to a United States Marshal for the purpose

21        of an appearance in connection with a court proceeding; and

22    (4)    The clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this <u>9th</u> day of October, 2009.

_____
Mary Alice Theiler
United States Magistrate Judge